UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Pedro Carrasco, | Case No. 20-cv-1257 (WMW/KMM) |
| Petitioner, | |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| Warden J. Fikes, *FCI-Sandstone*, | |
| Respondent. | |

---

This matter is before the Court on the February 11, 2021 Report and Recommendation (R&R) of United States Magistrate Judge Katherine M. Menendez. (Dkt. 31.) No objections to the R&R have been filed. In the absence of timely objections, this Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error. Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The February 11, 2021 R&R, (Dkt. 31), is **ADOPTED**.

2. Petitioner Pedro Carrasco's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, (Dkt. 1), is **DENIED** and this case is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 12, 2021

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge